N Jane DuBovy, Esq. CSB#98817
Email: njdubovy@a2zedad.com
A2Z Educational Advocates
881 Alma Real Drive # 309
Pacific Palisades, CA 90272
Telephone: (310) 573-1430
Facsimile: (310) 573 1425

Attorneys for Plaintiffs E.C. a minor, by and through his parents, EDUARDO AND VANESA CORREA, and on their own behalf

LAURI ARROWSMITH, Bar No. 207061
LOZANO SMITH
4660 La Jolla Village Dr, Suite 700
San Diego, CA 92122
T: 858.909.9002 F: 858.909.9022
Email: larrowsmith@lozanosmith.com

Attorneys for Defendant/Cross-Appellant
FULLERTON SCHOOL DISTRICT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.C., a minor, by and through his parents, EDUARDO CORREA and VANESA CORREA, and on their own behalf,<br><br>Plaintiffs/Cross-Appellees,<br><br>v.<br><br>FULLERTON SCHOOL DISTRICT,<br><br>Defendant/Cross-Appellant. | Case No. 8:18-cv-01496-JFW-JDEx<br><br>**JOINT JUDGMENT** |

The Parties, Defendant Fullerton School District and Plaintiffs E.C., Vanesa Correa and Eduardo Correa, hereinafter the "Parties," hereby propose a Joint Judgment that adopts the Findings of Fact and Conclusions of Law rendered by this Court on April 30, 2021.

The Court affirms ALJ Lepkowsky's Decision in the underlying case Administrative Law matter in consolidated cases 2017090443 and 2017060283 except as to the determination of the appropriate remedy for the District's procedural denial of a FAPE for the 2017-2018 school year.

The Court finds that Mr. Ellis' Functional Behavior Assessment did not constitute an appropriate assessment because it did not provide sufficient data to reliably determine the

functions of Student's serious behaviors.  The Court affirms the award of an independent functional behavior assessment at District's expense. The assessor must meet District criteria or criteria set by the Special Education Local Plan Area to which District belongs. Student shall have up to one year from the date of this Order to submit the name of an assessor to District. District shall pay for the assessment within 45 calendar days of its receipt of the assessor's invoice or billing statement.

The Court awards Plaintiffs full reimbursement for (1) the costs incurred for the placement at the UC Irvine Child Development School for the 2017-2018 school year in the amount of:  $28,210 for tuition and fees and $8,709.12 for mileage reimbursement; and (2) the costs incurred for the related services (LAS and OT) funded during that school year in the amount of $1,440.00.

Pursuant to the IDEA under 34 C.F.R. 300.517(a)(1), Plaintiffs are entitled to file a Motion for Attorney's fees in this Court.  This Court retains jurisdiction over the Plaintiffs' claim for Attorney's fees in this matter, and over enforcement of all payments under this Judgment.

Dated:  May 5, 2021   LOZANO SMITH
By: /s/
LAURI A. ARROWSMITH
Attorneys for
FULLERTON SCHOOL DISTRICT

Dated:  May 5, 2021   A2Z EDUCATIONAL ADVOCATES
By: /s/
N JANE DUBOVY
Attorney for E.C. a minor, by and through his parents, EDUARDO CORREA and VANESA CORREA, and on their own behalf

**IT IS SO ORDERED AND AJUDGED.**

DATED: May 6, 2021

By: /s/ John F. Walter
Hon. John F. Walter
United States District Judge